FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN 25 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>Zlakett, James William<br><br>               Defendant. | Case No.: SACR06-231-DOC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CDCA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___nature of alleg's, which evid a lack of amenability to supervision; ~~threat~~ ongoing substance___

1    abuse problem

2

3    and/or

4 B.    (X) The defendant has not met his/her burden of establishing by clear and
5    convincing evidence that he/she is not likely to pose a danger to the safety of any
6    other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7    finding is based on _alleged commission of new offense while
8    under supervision; criminal history record;
9    substance abuse history; probation
10    violation history_

13    IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.

16 DATED: 6/25/10

17                         ROBERT N. BLOCK
                          UNITED STATES MAGISTRATE JUDGE